UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Asia Hashi, individually and as mother and natural guardian on behalf of M.B., a minor child and A.A., a minor child,

and

Abdirahman Ali,

Plaintiffs,

**ORDER GRANTING DEFENDANT'S MOTION TO CONFIRM SETTLEMENTS**
Court File No.: 15-CV-2681-MJD/FLN

v.

Safeco Insurance Company of Indiana,

Defendant.

The above-entitled matter came on for hearing before the Court on March 11, 2016, at 9:30 a.m. before the Honorable Michael J. Davis, a District Judge for the United States District Court for the District of Minnesota upon Defendant Safeco Insurance Company's Motion to Confirm Settlements.

Plaintiffs were represented by Attorney Julian G. Gim.  Defendant Safeco Insurance Company of Indiana, the moving party, was represented by Attorney Bryan J. Chant.

Based upon the Motion of Defendant Safeco Insurance Company of Indiana, and upon the arguments of counsel, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Defendant Safeco Insurance Company of Indiana's Motion to Confirm is **GRANTED**;

2. Defendant Safeco Insurance Company of Indiana shall deposit into Court the total sum of $500.00, which shall be issued as follows:

>United States District Court – Clerk's Office
>300 South Fourth Street
>Minneapolis, MN 55415

3. Plaintiffs A.A. and M.B. may petition this Court for distribution of the proceeds deposited into Court.

4. The above-entitled matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated:  March 14, 2016

s/ Michael J. Davis
Michael J. Davis
United States District Court